BARE v. WAYNE POULTRY CO.

No. 528P84.

Case below: 70 N.C. App. 88.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1985.

BLEGGI v. BLEGGI

No. 659P84.

Case below: 65 N.C. App. 221.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 January 1985.

CHILDRESS v. FORSYTH COUNTY HOSPITAL AUTH.

No. 562P84.

Case below: 70 N.C. App. 281.

Petition by defendant Urban for discretionary review under G.S. 7A-31 denied 8 January 1985.

COLONY HILL CONDOMINIUM I ASSOC. v. COLONY CO.

No. 600P84.

Case below: 70 N.C. App. 390.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 January 1985.

DAVIDSON AND JONES, INC. v. N. C. DEPT.
 OF ADMINISTRATION

No. 511PA84.

Case below: 69 N.C. App. 563.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals allowed 8 January 1985.